428 A.2d 235

Commonwealth v. Durie, Appellant.

Submitted March 23, 1979. Douglas Riblet, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, HESTER and MONTGOMERY, JJ.

Judgment of sentence affirmed.